IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HUEY WARREN, JR.                                                                PLAINTIFF

VS.                                  3:17-cv-00037 BRW

RYAN STONE, STEVE ROREX, BECKY HITT,                         DEFENDANTS
and SUSAN COX

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to proceed *in forma pauperis* filed by plaintiff Huey Warren, Jr., is denied, see Document 1, and his complaint is dismissed without prejudice pursuant to Local Rule 5.5. Judgment will be entered for the defendants.

IT IS SO ORDERED this 11th day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE