# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HUEY WARREN, JR.**                                                         **PLAINTIFF**

**VS.**                         **3:17-cv-00037 BRW**

**RYAN STONE, STEVE ROREX, BECKY HITT,**            **DEFENDANTS**
**and SUSAN COX**

## JUDGMENT

Based on the Order entered this day, judgment is entered for the defendants.

IT IS SO ORDERED this 11th day of May, 2017.


                                                    /s/ Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE